Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

_____ Division

Miguel Adrian Adams
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

The GEO Group Inc
Mark Bowen (Warden)
Medical Administration Honicklaer
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   CIV-22-317-PRW
_____
*(to be filled in by the Clerk's Office)*

"Jury Trial Requested"

**FILED**

APR 15 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Miguel Adrian Adams

All other names by which you have been known: — Miguel Adrian Petties

ID Number — 290179

Current Institution — Oklahoma State Penitentrany

Address — D-2-97

McAlister    OK    74502
      *City*       *State*       *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name — The C-EO Group Inc

Job or Title *(if known)* — Owner

Shield Number —

Employer — LCRF Lawton Correctional Rehabilitation Facility

Address — 8607 SE Flower Mound Rd.

Lawton    OK    73501
      *City*       *State*       *Zip Code*

☒ Individual capacity    ☒ Official capacity

**Defendant No. 2**

Name — Mark Bowen

Job or Title *(if known)* — Warden

Shield Number —

Employer — LCRF Lawton Correctional Rehabilitation Facility

Address — 8607 SE Flower Mound Rd

Lawton    OK    73501
      *City*       *State*       *Zip Code*

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                 Smith
    Job or Title *(if known)*   Nurse
    Shield Number
    Employer         Lawton Correctional Rehabilitation Facility
    Address          8607 SE Flower Mound Rd

                       Lawton         OK       73501
                       *City*           *State*       *Zip Code*
                       ☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name                 Achidi
    Job or Title *(if known)*   Nurse
    Shield Number
    Employer         Lawton Correctional Rehabilitation Facility
    Address          8607 SE Flower Mound Rd

                       Lawton         OK       73501
                       *City*           *State*       *Zip Code*
                       ☒ Individual capacity    ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    1st, ~~5th~~, 8th, and 14th Amendment Rights.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any
      statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
      42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
      of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
      federal law. Attach additional pages if needed.

        See Attachments D. Jurisdiction

III.   **Prisoner Status**

       Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

       ☐   Pretrial detainee

       ☐   Civilly committed detainee

       ☐   Immigration detainee

       ☒   Convicted and sentenced state prisoner

       ☐   Convicted and sentenced federal prisoner

       ☐   Other *(explain)*  _____

IV.    **Statement of Claim**

       State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
       alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
       further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
       any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
       statement of each claim in a separate paragraph. Attach additional pages if needed.

       A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

             See Attachment Statement of Claim

       B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

             See Attachment Statement of claim

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

On 4-26-21 and 7-27-21

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Plaintiff was left in his cell to suffer in pain ~~and~~ in which could have lead to death on 4-26-21 and on 7-27-21 the Plaintiff was refused medical attention and left in his cell to suffer in pain with infected intestine that could have been fatal Nurse Achidi, Nurse Smith, my cellmate Aaron Marks and Plaintiff's mom Helen Petties she talked to Plaintiff's case manager and Chief of security Ms. Hood.

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff is set to have surgery do to the neglect.

VI.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attachment E Request For Relief

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lawton Correctional Rehabilitaion Facility

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Part of my claim. I was sent to hospital and talked with a surgeon per grievance I appealed to medical ARA

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Lawton Correctional Rehabilitation Facility

2.   What did you claim in your grievance?

To be sent to the hospital to have surgery done

3.   What was the result, if any?

denied relief

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appeal to Medical ARA in Oklahoma department of correction Headquarters. Yes, Was sent to hospital and scheduled for surgery.

F.    If you did not file a grievance:

      1.   If there are any reasons why you did not file a grievance, state them here:

      *N/A* No Response on Norse-Smith Request To Staff

      2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

      *N/A* Medical Administration on 8-2-2) No Reponse

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

      *N/A* Filed Request To STAFF Exhibit H

      *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII.  Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☑ No .

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   Miguel Adrian Adams

Defendant(s)   The GEO Group Inc., et al.,

2.   Court *(if federal court, name the district; if state court, name the county and State)*

Western District

3.   Docket or index number

CIV-21-297-D

4.   Name of Judge assigned to your case

Timothy D. DeGiusti

5.   Approximate date of filing lawsuit

2021

6.   Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.   3-25-22

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Dismissed Without Prejudice

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ ·Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.   *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   Miguel Adams

Defendant(s)   Rick Witten, Everett Shea, Michal Eccles, Kelsey Knight

2.   Court *(if federal court, name the district; if state court, name the county and State)*

Western District Court

3.   Docket or index number

CIV-20-1185-D

4.   Name of Judge assigned to your case

Gary M. Purcell

5.   Approximate date of filing lawsuit

2020

6.   Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition   6-8-21

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Denied Without Prejudice.

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _4-9-21_

Signature of Plaintiff  _Miguel A Adams_
Printed Name of Plaintiff  _Michael A. Adams_
Prison Identification #  _290179_
Prison Address  _D-2-36  P.O. Box 97_
_McAlister_          _OK_          _74502_
　　　　　　　　　City　　　　　State　　　Zip Code

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _Pro-Se_
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
　　　　　　　　　City　　　　　State　　　Zip Code
Telephone Number  _____
E-mail Address  _____

Defendants

Nurse Achidi
Nurse Smith

Defendant No 5.

Name :        Sto Honickaer
Job or title   Medical Administrator
Employer     Lawton Correctional Rehabilitation Facility
Address      8607 SE Flower Mound Rd.
   . Lawton      OK       73501
       city      state       Zip Code
   ☒ Individual capacity   ☒ official capacity

# D.                    Jurisdiction

Defendant The GEO ~~Group~~ Inc acted under color of state law, authority, and under color of the ~~Statutes~~ statues, ordinances, Regulations, customs, and usage of the state of Oklahoma. 57 O.S. 1996, § 561.

Defendant Mark Bowen (Warden) acted under color of state law, authority, and under color of the statues, ordinances, Regulations, customs, and usage of the State of Oklahoma. 57 O.S. 1996, § 561.

Defendant Henicker   Medical Administration acted under color of state law, authority, and under color of the statues, ordinances, Regulations, customs, and usage of the State of Oklahoma. 57 O.S. 1996, § 561.

Defendant Ms. Smith (Nurse) acted under color of state law, authority, and under color of the statues, ordinances, Regulations, customs, and usage of the State of Oklahoma. 57 O.S. 1996, § 561.

Defendant Ms. Achidi (Nurse) acted under color of state law authority, and under color of the statues, ordinances, Regulations, customs, and usage of the state of Oklahoma 57 O.S. 1996, § 561.

Jurisdiction is invoke pursant to 28 U.S.C. §.1343 (3); 42 U.S.C. § 1983 This action arises unde the United States Constitution Amend's First, Fifth, Eighth, and the Fourteeth Amendments. Procedures Due Process, and Equal Securied Rights, and state

Created Rights ariding from conditions of Plaintiff
medical history being neglected.

" A Pro se litigant's pleading are to be
construed liberally, and held to a less
stringent standard than formal pleadings
Drafted by laws" <u>Citing Haines V. Kerner</u>,
404 U.S. at 502-21, 92 S. ct. 594, 30 L. Ed. 2d
652 (1972).

**Venue:** Venue is proper in the U.S. Western District
of Oklahoma Pursants to title 12 O.S. Section 141 which
sets venue "[I]n any county of Oklahoma, where service
of summons can be obtained upon one or more of the
Defendants

Count I. Standard of Review
                    Cause and Claim
        Statement of Claim  (A)

The Plaintiff Miguel Adrian Adams #270179 was housed at Lawton Correctional Facility on Janvarany 5th 2021. When the Plaintiff arrived at said facility he was orientated by a medical staff member in which at the time the Plaintiff advised the nurse that he has chronic Diverticulitus and that he is on a special diet due to his medical condition he's unable to eat certain foods. While housed at said facility the Plaintiff was rushed to the hospital for sever stomach pain in which is a result from Diverticulitus.

The Plaintiff was taken to Comanche County Hospital and seen by the emergency room doctor and was told that the sever pain that he is in is de to the Diverticulitus flurring up and told the Plaintiff that if it happens again they was going to refer the Plaintiff to the surgeon. The emergency room doctor also advised the Plaintiff that she was going to put in the medical notes that if offender/patient has sever stomach pain send him back to the emergency room immedately.

Lawton Correcetional Rehabilatation Facility medical staff has failed to follow the doctors orderse as well as failed to do protocol on the Plaintiff in which is take the Plaintiff's vitals and temperture which will show that the Plaintiff is in sever pain and by checking the Plaintiff's temperture if the Plaintiff is running a temperture it could means and a sign that the Plaintiff could have a leak in his intestines and that foot waste is getting into his blood stream in which could lead to death. The Plaintiff has sent numerous sick slips and never been seen and had to

(1)A

suffer in extreme pain numerous times. The Plaintiff's
medical condition is not a sick call matter its a
emergency sick call matter do to the fact the Plaintiff
has Chronic Diverticulitus and could get infected/
flure up in second. The Lawton Correctional Rehabilitation
Facility handbook states under emergency sick call "Emergency
sick call is to be used when you have a condition
that you feel cannot wait until routine sick call. If
you have an emergency report the problem to security
personnel in your housing areas and they will contact
medical, You will be seen by medical if you have an
emergency. The inmate hand book was approved
by The GEO Group Inc, Medical Administration,
and Mark Bowen warden and signed. The Plaintiff
has followed the inmate handbook and has been ~~negle~~
neglected medical attention by the Lawton Correctional
Rehabilitation Facility officers and medical nurses the
Plaintiff had to endure the pain in which was sever
and hope that his intestines wasn't leaking in which
could have been fatal. The Plaintiff's medical file/
records shows his medical condition in their computers.
   The Plaintiff needs surgery, the Plaintiff has filed
request to staff and grievance on said issue and
requested that he be taken to the hospital to get
surgery done or when he is in severe pain could the
nurse do protocol the Plaintiff was denied relief
by Lawton Correctional Rehabilitation Facility medical
administration in which violates his United States
Constitional Rights and shows cruel and unusual
punishment. The Plaintiff is in the custody of the
                         (2A)

of the Oklahoma Department Of Correction basically
a ward of the State and sense the Plaintiff is in
such custody he has the right to proper medical
attention / surgery if needed. The Plaintiff has
been denied this attention in which he had to
suffer in pain numerous times.

(3A)

Count II, Standard of Review
Cause and Claim

Statement of Claims   (B)

The GEO Group Inc
Mark Bowen (warden)

The GEO Group Inc and Mark Bowen are
to beheld responsible for their employees wrongful action.
The GEO care is an affiliate of GEO Group and
responsible for providing medical care to prisoners incarcerated
in GEO Group's facilities. Nurse Achidi, Nurse Smith,
Medical Administrator Honickner they are and where employee's
of the GEO Group and/or GEO care and responsible for
providing medical care to prisoners incarcerated in
GEO Group's facilities and Mack Bowen (warden) is
the overseer of these employee's and has purposly neglected
the numerous complaints of said Defendant's as well as
the GEO Group. These Defendants should beheld accountable
for there neglect of prisoners rights to have proper medical
treatment if needed to deter these Defendant's from future
neglect of prisoner rights

Count III. Standard of Review
Cause and Claim

Statement of Claim (C)

Defendant Achidi (nurse)

On or about the 26th day of April year
2021 the Plaintiff Miguel Adrian Adams was
requesting medical attention by nurse Achidi
the Plaintiff advised her that he was having severe
stomach pain and that he has Diverticulitus,
Defendant Achidi told the Plaintiff to have the
correctional officer Ms. Grier to contact her in 2hrs.
if he the Plaintiff is still in pain. The Plaintiff
asked Defendant Achidi if she could please check his
to vitals and temperture to make sure he's not
running a temperture which in case if he was
running a temperture it would show that his intestines
are leaking waste into his blood stream and by
taking the Plaintiff's vitals would also show he is
in extreme pain the Defendant Achidi declined the
Plaintiff's request to do proper protocol in which is
in the medical records/notes to do protocol on the
Plaintiff if complaint about stomach pain. The
Defendant Achidi told the Plaintiff "if your not dead
in 2hrs have the C/o to contact her When the Defendant
Achidi came back to the Plaintiff's cell do to the
Plaintiff still being in extreme pain had the C/o call
the Defendant Achidi. The Plaintiff asked Defendant
Achidi "do he have to die before he receive medical
attention Defendant Achidi stated "Yes" and then shrugged
her shoulders and started laughing. The Plaintiff's
life and health is not being talken serious.

(1 C)

The Plaintiff was sentence to due time in the
Oklahoma Department of Correction. The Plaintiff
was not sentence to death and this Defendant
Achidi treated the Plaintiff unprofessional by denying
the Plaintiff the proper medical attention the Plaintiff
is still suffering with sever stomach pain and was
still getting refuse to be taken to the hospital to get
surgery while at Lawton Correctional Facility.
The Plaintiff was recorded on video at his cell
on the 4th day of April year 2021 in which will
show he was in sever pain and was neglected
medical attention.

(26)

Count IV. Standard of Review
Cause and Claim

Statement Of Claim (D)

Defendant Smith (nurse)

On or about the _27th_ day of ~~July~~ year 20_21_
morning pill call nurse Defendant Smith came to the
Plaintiff's door to give him his medication when the
Plaintiff advised the Defendant Smith that he was
having sever stomach pain and that he has Diverticulitus.
Defendant Smith asked the Plaintiff if he put in
a sick call and the Plaintiff stated "Yes" even though
this is a emergency sick call issue. The Plaintiff asked
the Defendant if she could please check his vitals
and temperture due to the fact he have had his
intestines leak bowel into his blood stream. The Defendant
Smith stated to the Plaintiff "that she was going to
come back in which she never did even after numerous
time the C/o called her. When breakfast arrived ~~it advised~~
~~C/o Issac about~~ the Plaintiff advised C/o Issac about
the extreme stomach pain he was still having C/o Issac
called the Sgt. and they escorted the Plaintiff to medical
Upon arriving at medical Defendant Smith approach the
Plaintiff stating he never turned in a sick call slip in which
the Plaintiff did then she told the Plaintiff it was nothing
she could do for him and that this is not a emergency
sick call matter. In which this is due to the fact the
Plaintiff's medical illness is life threating. The Plaintiff
told Defendant Smith that he was in extreme pain. The
Defendant stated "I can give you some Ibprofane" The
Plaintiff told the Defendant that he was allergic to Ibprofane
and he can't take those" Then the Defendant told the Plaintiff

(1d)

then I will give you some tylenol" The Plaintiff
asked the Defendant if she could do protocol on
him the Defendant then said she is by talking
to him. The Plaintiff stated to the Defendant
protocol is taking his vitals and temperture in
which the Defendant took the Plaintiff temperture
which was 100 showing the Plaintiff was running
a temperture and shows signs of his intestines
could be leaking or infected-when the Defendant
tried to do the Plaintiff's vitals the Defendant
was asked by the Correctional officers if she wanted
the cuffs removed due to the fact the Plaintiff's hands
was cuffed behind his back the Defendant Smith
stated "No" the Defendant couldn't get a read of
the Plaintiff's vitals then stated to the Plaintiff " You
walked to medical I'm not going to call and wake up the
doctor." The Plaintiff stated "he had to walk to medical
because you nurse Smith wouldn't come get me" that's when
the Defendant Smith told the % they can take the Plaintiff
to his unit/cell. The Plaintiff was escorted back to his cell
in extreme pain where he couldn't even stand up straight.
    Even though the Plaintiff was running a temperture
the Defendant Smith refuse to help and call the doctor
in which is neglect and cruel and unusual punishment.
    Later that morning the Plaintiff was passed out on
the floor and his cellmate Aaron Banks got the attention
of the % and unit team in which they notified medical
with a emergency response. The Plaintiff was rushed back
to medical and had his temperture taking and his temperture
was around 100 to 104. The Plaintiff was rush and admitted
(2d)

at Lindsey Hospital where the Plaintiff was told his intestines was infected and was put on IV antibotics for 6 days in which shows that the Plaintiff was in very bad condition and was told by Dr. Nemri that he was put on schedule to see the surgeon. This Defendant Smith should beheld accountable for her poor action that could have been fatal to the Plaintiff.

The Defendant's job was to help offenders that need medical attention and call the doctor on call to let him know the Plaintiff's symptoms and status. This Defendant failed to do so and made the Plaintiff suffer in pain near death and once again the Defendant should be held accountable to defer from future poor decisions. Defendant Smith was terminated/made to resign due to her poor, unprofessional action/neglect to the Plaintiff's medical condition that could have been fatal to the Plaintiff

(3d)

"Request For Relief" E. Standard of Review
        From Defendant GEO Group Inc: (owners)

A. In the sum of $100,000,000 (One-Hundred-million Dollars) for Negligence, for the Plaintiff.

B. In the sum of $100,000,000. (One-Hundred-million Dollars) for Compensatory damages, for the Plaintiff.

C. In the sum of $100,000,000. (One-Hundred-million Dollars) for the Mental Anguish Damages, for the Plaintiff.

D. In the sum of $100,000,000. (One-Hundred million Dollars) for Exemplary, or Punitive damages, for the Plaintiff.

    "Request For Relief" Standard of Review
        From Mark Bowen (Warden)
A. In the sum of $100,000,000. (One-Hundred million Dollars for Negligence, for the Plaintiff.

B. In the sum of $100,000,000. (One-Hundred million Dollars for Compensatory damages, for the Plaintiff.

C. In the sum of $100,000,000. (One-Hundred million Dollars for the mental Anguish Damages, for the Plaintiff.

D. In the sum of $100,000,000. (One-Hundred million Dollars for Exemplary, or Punitive damages, for the Plaintiff.
                (1 E)

"Request For Relief" Standard of Review
From Defendant Honickner (Medical Administrator)

A. In the sum of 100,000,000. (one-Hundred million dollars) for Negligence, for the Plaintiff.

B. In the sum of 100,000,000. (one-Hundred million dollars) for Compensatory damages, for the Plaintiff.

C. In the sum of 100,000,000. (one-Hundred million dollars) for the Mental Anguish Damages, for the Plaintiff.

D. In the sum of 100,000,000. (one-Hundred million dollars) for Exemplary, or Punitive Damages, for the Plaintiff.

"Request For Relief" Standard of Review
From Defendant Achidi (Nurse)

A. In the sum of 100,000,000. (one-Hundred million Dollars) for Negligence, for the Plaintiff.

B. In the sum of 100,000,000. (one-Hundred million Dollars) for Compensatory damages, for the Plaintiff.

C. In the sum of 100,000,000. (one-Hundred million Dollars) for the Mental Anguish damages, for the Plaintiff.

D. In the sum of 100,000,000. (one-Hundred million dollars) for Exemplary, or Punitive Damages, for the Plaintiff

(2E)

"Request For Relief" Standard of Review
From Defendant Smith (nurse)

A. In the sum of $100,000,000. (one-Hundred million dollars) For
Negligence, for the Plaintiff.

B. In the sum of $100,000,000. (one-Hundred million dollars) For
Compensatory damages, for the Plaintiff.

C. In the sum of $100,000,000. (one-Hundred million dollars) For
the Mental Anguish damages, for the Plaintiff.

D. In the sum of $100,000,000. (one-Hundred million dollars) For
Exemplary, or Punitive damages, for the Plaintiff.

"Request For Relief"
"Trial By Jury"

By reason of the gross, willfull, and wanton Negligence of the defendants,
and each of them, and by reason of the Deceit, Fraud, Misrepresentations
and bad faith wich the defendants exercised. Plaintiff believes; and
therefore alleges he is entitled to "negligence, compensatory damages,
Mental Anguish damages, and Exemplary or Punitive damages." In the sum of
(four-Hundred million dollars) from each Defendant(s): Defendant GEO Group Inc.
Defendant Mark Bowen (warden), Defendant Honickner (Medical Administrator)
Defendant Achidi (Nurse), Defendant (Smith) nurse.

Where fore, Plaintiff's Respect fully request this Honorable Judge and

(3E)

and Honorable Court grant him, the Plaintiff's judgement in an
amount in excess of $2,000,000,000. Two Billion Dollars; with
judgement interest, attorney fees, Court costs, all other relief this
Honorable court see appropriate and to deter similar conduct in
the future and to show the Defendants, and public that society
will not tolerate such actions.


Respectfully Submitted

Miguel Adrian Adams #270179
Miguel Adrian Adams #270179
Oklahoma State Penitentiary
D-2-36
P.O. Box 97
McAlester, Oklahoma.
74502-0097

(4E)

## Exhibits

1). Plaintiff's Request To Staff on Defendant Achidi nurse (Filed) Exhibit A.

2). Plaintiff's Request To Staff on Defendant Smith nurse to start grievance process. Plaintiff never recieved a response in which has denied the Plaintiff his right to ~~exhaust~~ fully exhaust his administrative remedies on Defendant smith nurse (Filed) Exhibit H

3). Defendants response to Request To Staff on Defendant Achidi Exhibit A

4). ~~Defendants response~~ Plaintiff's Grievance response to (Filed) Exhibit B

5). Video recorded on said incident / medical emergency on 4.26.21

6). Plaintiff's appeal to Medical ARA Exhibit 1C, 2C and E

7). Plaintiff's appeal response from Medical ARA Exhibit D and F

8). Plaintiff's appeal partial granted by medical ARA Exhibit G

9). Defendant(s) retaliation by sending Plaintiff to Oklahoma State Penitentary when he hasn't been in any trouble.

10). ~~Plaintiff filed a request to staff~~